FILED
September 6, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) v. ) ) SCOTT PETERSON, ) ) Defendant. ) | Case No. 2:10-CR-00299-EJG-8<br><br>AMENDED<br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>SCOTT PETERSON</u>, Case No. <u>2:10-CR-00299-EJG-8</u>, Charge <u>Title 21 USC §§ 846; 841(a)(1)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  __ Release on Personal Recognizance

  ✔ Bail Posted in the Sum of $ <u>90,000 ($80,000 and $10,000 co-signed)</u>

    ✔ Unsecured Appearance Bond

    __ Appearance Bond with 10% Deposit

    __ Appearance Bond with Surety

    __ Corporate Surety Bail Bond

  ✔ (Other)  <u>With pretrial supervision and conditions of release as stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>September 6, 2011</u> at <u>4:10</u> pm.

By   *Dale A. Drozd* (signature)
   Dale A. Drozd
   United States Magistrate Judge