IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

       Plaintiff,

       v.

BERNARD LAREDO, et al.,

       Defendants.
_____/

CR. NO. S-10-0299 EJG

UNITED STATES OF AMERICA,

       Plaintiff,

       v.

JOSE JESUS MADRIZ-AGUILAR, et al.,

       Defendants.
_____/

CR. NO. S-11-0365 GEB

ORDER OF NON-RELATION

    The court has received the Notice of Related Cases concerning the above-captioned matters, filed October 19, 2011. See Local Rule 123, E.D. Cal. Based on the information available to the court *at this time*, the court has determined that it is inappropriate to relate or reassign the cases, and therefore declines to do so. This order is issued for informational purposes only, and shall have no effect on the status of the cases.

    IT IS SO ORDERED.

Dated: October 21, 2011     /s/ Edward J. Garcia
                                    EDWARD J. GARCIA, JUDGE
                                    UNITED STATES DISTRICT COURT