1  Timothy E. Warriner (SB#166128)
   Attorney at Law
2  660 J St., Suite 390
   Sacramento, CA 95814
3  (916) 443-7141
   FAX: (916) 441-0970
4
   Attorney for Defendant,
5  Lori Thurman



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR S-10-0299 EJG |
|---|---|
| Plaintiff, | ) WAIVER OF PERSONAL |
| v. | ) APPEARANCE |
| LORI THURMAN, | ) *& Order thereon* |
| Defendant. | ) |

The undersigned defendant, Lori Thurman, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this cause, including when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before trial except upon impanelment of jury and trial itself. Said waiver of appearance is due in part due to Ms. Thurman's medical issues and the pain she experiences during travel to court.

The undersigned defendant hereby requests the court to proceed during her absence, which the court may permit pursuant to this waiver, and hereby agrees that her interests will be deemed represented at all times by the presence of her attorney the same as if the defendant herself were personally present in court, and further agrees to be present in person in court when the jury is impaneled and the trial is under way, or at any time it is ordered by the court..

The defendant further acknowledges that he has been informed of her rights under Title

1

1 | 18 U.S.C. §§ 3161-3174 (The Speedy Trial Act) and authorizes her attorney to set times and
2 | delays under that Act without her personal presence.
3 | DATED: November 1, 2011          /s/ Lori Thurman[1], Defendant

I concur in Ms. Thurman's decision to waive her presence at future proceedings.

DATED: November 1, 2011          /s/ Timothy E. Warriner, Attorney for Defendant, Lori Thurman

IT IS SO ORDERED.

DATED: Nov 8, 2011

_____
EDWARD J. GARCIA
UNITED STATES DISTRICT JUDGE

---

[1] Pursuant to local EFC procedure, attorney will maintain an originally executed copy.