**Tim A. Pori (SBN 189270)**
LAW OFFICES OF TIM A. PORI
521 Georgia Street
Vallejo, CA 94590-6006
Telephone: (707) 644-4004
Facsimile: (707) 644-7528

Attorney for Defendant RICHARD THURMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR S-10-0299 EJG |
| Plaintiff, | ) | |
| | ) | AMENDED WAIVER OF PERSONAL |
| | ) | APPEARANCE & ORDER THEREON |
| v. | ) | |
| | ) | |
| RICHARD THURMAN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____/ | | |

      The undersigned defendant, Richard Thurman, hereby waives the right to be present in person in open court except upon motion hearings, trial confirmation setting, trial setting, any and all continuances, impanelment of jury, and trial itself.

      The undersigned defendant lives and works in Redding, California and would suffer financial hardship for lodging, gas, and lost wages if required to appear for routine status conferences. Furthermore, the undersigned defendant has not yet received complete discovery from the government, and it is anticipated that counsel in this multiple-defendant case will not be prepared until December 2, 2011.

      For these reasons, the undersigned defendant hereby requests the court to proceed during his absence, which the court may permit pursuant to this waiver, and hereby agrees that his interests will be deemed represented at all times by the presence of his attorney the same as if the defendant himself were personally present in court, and further agrees to be present in person in court when the jury is impaneled and the trial is under way, or at any time it is ordered by the

court.

The defendant further acknowledges that he has been informed of his rights under Title 18 U.S.C. §§ 3161-3174 (The Speedy Trial Act) and authorizes his attorney to set times and delays under that Act without his personal presence.

DATED: December 1, 2011  /s/ Richard Thurman[1], Defendant

I concur in Mr. Thurman's decision to waive his presence at future proceedings.

DATED: December 1, 2011  /s/ Tim Pori, Attorney for Defendant, Richard Thurman

IT IS SO ORDERED.

DATED:   December 12, 2011  /s/ Edward J. Garcia
EDWARD J. GARCIA
UNITED STATES DISTRICT JUDGE

---

[1] Pursuant to local EFC procedure, attorney will maintain an originally executed copy.