DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA 95814
(916) 552-6660
Fax: (916) 447-0592

Attorney for Brenda Deshields

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:10 CR 00299 EJG |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND TIME FOR HEARING AND TO EXCLUDE TIME |
| vs. | |
| BRENDA DESHIELDS, | |
| Defendant | |

The parties agree that time beginning March 16, 2012 and extending through April 20, 2012 should be excluded from the calculation of time under the Speedy Trial Act. (T-2 and T-4). The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and so that the defendant may have continuity of counsel. 18 U.S.C. § 3161(h)(8)(B)(iv). The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(8)(A).

More time is needed to conduct further plea negotiations.

The parties further request that this matter be taken off the March 16, 2012, calendar and be rescheduled to April 20, 2012 at 10:00 a.m..

STIP AND ORDER TO EXTEND TIME - 1

Respectfully submitted,

Date: 3-14-12					By: /s/ Danny D. Brace, Jr.,
						DANNY D. BRACE, JR.,
						Attorney for
						Brenda Deshields


Date: 3-14-12					By:/s/ Daniel McConkie
						Authorized to sign for Mr. McConkie
						On March 14, 2012
						DANIEL MCCONKIE
						Assistant U.S. Attorney


**IT IS SO ORDERED:**
**Dated: March 15, 2012**

/s/ Edward J. Garcia
HON. EDWARD J. GARCIA

STIP AND ORDER TO EXTEND TIME - 2