# Memorandum



United States Attorney
Eastern District of California

| Subject | Date |
|---|---|
| United States v. Charles Davies 2:10-cr-00299-EJG-04 | July 5, 2012 |
| To | From |
| Colleen E. Lydon, Judicial Assistant & Courtroom Deputy to Honorable Judge Edward J. Garcia | Daniel S. McConkie Assistant United States Attorney |

C | EJG

This memo is to request the defendant's Judgement and Sentencing, currently scheduled for July 6, 2012, at 10 a.m., be continued to February 15, 2013.

Mr. Davies pleaded guilty on March 23, 2012. He was set to be sentenced on July 6, 2012. The jury trial for the co-defendants is set to commence on January 14, 2013. The parties jointly request that the sentencing of Mr. Davies, who is in custody and faces a long sentence, be continued to February 15, 2013. This will aid the court by allowing the court to understand the full context of the case before sentencing Mr. Davies. The parties will submit a PSR disclosure schedule later.

Please call me if you have any questions at 554-2725.

**FILED**
JUL 5 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

**IT IS SO ORDERED**

_EJG_
7/5/12