**Tim A. Pori (SBN 189270)**
**John F. Baumgardner (SBN 275674)**
LAW OFFICES OF TIM A. PORI
521 Georgia Street
Vallejo, CA   94590
Tel: (707) 644-4004
Fax: (707) 644-7528


Attorney for Defendant
RICHARD THURMAN

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:10-cr-00299-WBS |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND** |
| | ) | **[~~PROPOSED~~] ODER** |
| | ) | **FOR RELEASE OF** |
| v. | ) | **FIREARMS SEIZED** |
| | ) | **PURSUANT TO SEARCH** |
| RICHARD THURMAN, | ) | **WARRANT APN 043-020-014** |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The parties hereby stipulate that the United States Attorney's Office, through the

Shasta County Sheriff's Office, return a Winchester 12 guage shotgun, serial no. 59572; an Ithaca

.410 shotgun, serial no. 216911; a Stevens 12 guage shotgun, serial no. E102869; a Stevens 12

gauge shotgun with no serial number; a Savage .243 rifle, serial no. A895326; a Martin .22 rifle,

serial no. 6842602; a .357 rifle, serial no. 14792; and a Stevens .22 rifle with no serial number to

Defendant RICHARD THURMAN.

Defendant RICHARD THURMAN's Winchester 12 guage shotgun, serial no. 59572; an

Ithaca .410 shotgun, serial no. 216911; a Stevens 12 guage shotgun, serial no. E102869; a

Stevens 12 gauge shotgun with no serial number; a Savage .243 rifle, serial no. A895326; a

1  Martin .22 rifle, serial no. 6842602; a .357 rifle, serial no. 14792; and a Stevens .22 rifle with no

2  serial number were seized pursuant to search warrant APN 043-020-014 executed on or about

3  July 1, 2010 by agents from the F.B.I., D.E.A., S.I.N.T.F., and N.S.M.I.T.  All of the weapons

4  seized pursuant to the search warrant were turned over to Shasta County Sheriff Office Deputy

5  Mike Nelson for safekeeping.   On or about December 13, 2012, the charges against Defendant

6  RICHARD THURMAN, in the above entitled case, were dismissed by the Honorable United

7  States District Court Judge John A. Mendez.

8        Therefore, the parties have stipulated that the United States Attorney's Office,

9  through the Shasta County Sheriff's Office, return a Winchester 12 guage shotgun, serial no.

10  59572; an Ithaca .410 shotgun, serial no. 216911; a Stevens 12 guage shotgun, serial no.

11  E102869; a Stevens 12 gauge shotgun with no serial number; a Savage .243 rifle, serial no.

12  A895326; a Martin .22 rifle, serial no. 6842602; a .357 rifle, serial no. 14792; and a Stevens .22

13  rifle with no serial number to Defendant RICHARD THURMAN.

14

15                                        Respectfully submitted,

16

17  Date: January 2, 2013                 /s/ Tim A. Pori
                                          TIM A. PORI
18                                        Attorney for Defendant THURMAN

19

20  Date: January 2, 2013                 /s/ Daniel McConkie (Authorized on 1/2/13)
                                          DANIEL McCONKIE
21                                        Assistant U.S. Attorney

22

23

24

25

26

27

28

**ORDER**

IT IS HEREBY ORDERED that the United States Attorney's Office, through the Shasta County Sheriff's Office, return a Winchester 12 guage shotgun, serial no. 59572; an Ithaca .410 shotgun, serial no. 216911; a Stevens 12 guage shotgun, serial no. E102869; a Stevens 12 gauge shotgun with no serial number; a Savage .243 rifle, serial no. A895326; a Martin .22 rifle, serial no. 6842602; a .357 rifle, serial no. 14792; and a Stevens .22 rifle with no serial number to Defendant RICHARD THURMAN.

Dated: January 2, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE