THOMAS A. JOHNSON, #119203
400 Capital Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Defendant, Charles Davies

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:10-cr-00299-04 WBS |
| Plaintiff, ) | STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE REGARDING JUDGMENT AND SENTENCING |
| vs. ) | |
| CHARLES DAVIES, ) | Date: 6/17/13 |
| Defendant. ) | Time: 9:00 a.m. |
| ) | Judge: Hon. William B. Shubb |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Status Conference regarding the Judgment and Sentencing scheduled for March 25, 2013, at 9:30 a.m. is continued to June 17, 2013, at 9:30 a.m. in the same courtroom. Daniel McConkie, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.

**IT IS SO STIPULATED.**

DATED: February 13, 2013        By:   /s/ Thomas A. Johnson
                                       THOMAS A. JOHNSON
                                       Attorney for Defendant
                                       CHARLES DAVIES

1

| | | |
|---|---|---|
| DATED: February 13, 2013 | | BENJAMIN B. WAGNER<br>United States Attorney |
| | By: | /s/ Thomas A. Johnson for<br>DANIEL MCCONKIE<br>Assistant United States Attorney |

**IT IS SO ORDERED.**

DATED:   February 14, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE