THOMAS A. JOHNSON, #119203
400 Capital Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Defendant, Charles Davies

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:10-cr-00299-WBS |
| Plaintiff, | STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE REGARDING JUDGMENT AND SENTENCING |
| vs. | |
| BERNARDO LAREDO, et al., Defendants. | |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Status Conference regarding the Judgment and Sentencing scheduled for June 17, 2013, at 9:30 a.m. is continued to November 25, 2013, at 9:30 a.m. in the same courtroom. Daniel McConkie, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.

**IT IS SO STIPULATED.**

DATED: June 13, 2013     By:     /s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for Defendant
CHARLES DAVIES

1

DATED: June 13, 2013            BENJAMIN B. WAGNER
United States Attorney

By:  /s/ Thomas A. Johnson for
DANIEL MCCONKIE
Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: June 17, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE