BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANGELA BOSCHKE <br><br> Defendant. | CASE NO. 2:10-CR-00299-WBS <br><br> STIPULATION TO SET CHANGE OF PLEA HEARING; VACATE TRIAL DATE; AND EXCLUDE TIME <br><br> DATE: September 30, 2013 <br> TIME: 9:30 a.m. <br> COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for Trial Confirmation Hearing on September 30, 2013, and Jury Trial on October 22, 2013.

2. By this stipulation, the parties now move to vacate the Trial Confirmation Hearing and Jury Trial with respect to this defendant only, set this matter for a Change of Plea Hearing on October 28, 2013, and to exclude time between September 30, 2013, and October 28, 2013, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Counsel for defendant desires additional time review discovery, discuss potential resolution with the defendant, and investigate and research issues related to sentencing mitigation.

   b) Counsel for defendant believes that failure to grant the above-requested

STIPULATION RE: SETTING CHANGE OF PLEA HEARING;
VACATING TRIAL; AND EXCLUDING TIME

1

continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        c)        The government does not object to the continuance.

        d)        Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        e)        For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 30, 2013, to October 28, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.        Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: September 24, 2013        BENJAMIN B. WAGNER
        United States Attorney

        /s/ JUSTIN L. LEE
        JUSTIN L. LEE
        Assistant United States Attorney

Dated: September 24, 2013        /s/ TONI CARBONE
        TONI CARBONE
        Counsel for Defendant

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: September 25, 2013

        *William B. Shubb* (signature)
        WILLIAM B. SHUBB
        UNITED STATES DISTRICT JUDGE