PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
JOSE JESUS AGUILAR-MADRIZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　vs.<br>JOSE JESUS AGUILAR-MADRIZ,<br>　　　　Defendant. | CASE NO. 2:10-cr-00299-10 WBS<br><br>STIPULATION [AND ~~PROPOSED~~ ORDER] TO CONTINUE STATUS CONFERENCE<br><br>Date: February 10, 2014<br>Time: 9:30a.m.<br>Honorable William B. Shubb |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Justin Lee, Counsel for Plaintiff and Attorney Preciliano Martinez, Counsel for Defendant Jose Jesus Aguilar-Madriz, that the status conference date scheduled for December 16, 2013, at 9:30 a.m. be vacated for this defendant only, and a status conference be scheduled for February 10, 2014, at 9:30a.m., with respect to this defendant only. A plea agreement has been reached in the defendant's related case, 2:11-cr-00365-GEB, which upon sentencing may result in dismissal of this case. The sentencing date has been continued on Judge Burrell's calendar to January 10, 2014.

1

The court is advised that counsel have conferred about this request that they have agreed to the court date of February 10, 2014 and that Mr. Lee has authorized Preciliano Martinez to sign this stipulation on his behalf.

The parties agree and stipulate that time should be excluded under 18U.S.C. § 3161 (h)(7)(B)(iv) for possible dismissal, up to and including February 10, 2014 the ends of justice are served by a granting an exclusion of time, outweighing the best interests of the public & the defendant in a speedy trial.

Respectfully Submitted,

Dated: October 17, 2013
/s/ Preciliano Martinez
Preciliano Martinez
Attorney for Defendant
Jose Jesus Aguilar-Madriz

Dated: October 17, 2013
/s/ Justin Lee
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

Having read and considered the foregoing stipulation, IT IS THE ORDER of the Court that the current December 16, 2013, status conference is hereby vacated, with respect to this defendant only, and a status conference for this defendant only be set for February 10, 2014 at 9:30 a.m.

Dated: October 18, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE