THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Charles Davies

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No 2:10-cr-00299-04 WBS |
| Plaintiff, | STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING AND MODIFICATION OF SCHEDULE FOR PSR |
| vs. | |
| CHARLES DAVIES, | |
| Defendant. | |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for November 25, 2013, at 9:30 a.m. is continued to January 6, 2014, at 9:30 a.m. in the same courtroom. The continuance is requested because the parties are prepared to move forward on the sentencing and Probation has not yet prepared the Pre-Sentence Report (PSR). Justin Lee, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.

**IT IS SO STIPULATED.**

DATED: October 28, 2013         By:    /s/ Thomas A. Johnson
                                       THOMAS A. JOHNSON
                                       Attorney for Defendant
                                       CHARLES DAVIES

DATED: October 28, 2013                BENJAMIN B. WAGNER
                                       United States Attorney

                                By:    /s/ Thomas A. Johnson for
                                       JUSTIN LEE
                                       Assistant United States Attorney

- 1 -

**IT IS SO ORDERED.**

Dated:  October 29, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:10-cr-00299-WBS |
|---|---|
| Plaintiff, | MODIFICATION OF SCHEDULE FOR PRE-SENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRE-SENTENCE REPORT |
| vs. | |
| CHARLES DAVIES, | |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court.

| | |
|---|---|
| Judgment and Sentencing date: | January 6, 2014 |
| Reply or Statement | December 30, 2013 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | December 23, 2013 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | December 16, 2013 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | December 9, 2013 |
| The proposed Pre-Sentence Report shall be disclosed to counsel no later than: | December 2, 2013 |