BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:10-CR-00299-WBS |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING DATE |
| JAMES HOWARD REDMILL, | |
| Defendant. | Judge: Hon. William B. Shubb |

**STIPULATION**

The United States, by and through its undersigned counsel, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. This matter was previously set for a Judgment and Sentencing Hearing on November 18, 2013.
2. By this Stipulation, the parties now move to continue the Judgment and Sentencing Hearing until February 10, 2014, at 9:30 a.m.

**IT IS SO STIPULATED.**

///

Stipulation to Continue                 1                 United States v. Redmill

DATED: November 8, 2013       /s/ Justin L. Lee
                              JUSTIN L. LEE
                              Assistant U.S. Attorney

DATED: November 8, 2013       /s/ Donald Dorfman
                              DONALD DORFMAN
                              Attorney for JAMES HOWARD REDMILL
                              (as authorized on November 7, 2013)

## ORDER

IT IS SO FOUND AND ORDERED.

Dated: November 8, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE