```
1  BENJAMIN B. WAGNER
   United States Attorney
2  JUSTIN L. LEE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 2:10-CR-00299-WBS |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) CONTINUING JUDGMENT AND |
| | ) SENTENCING DATE |
| MARA DAWN STILES, | ) |
| | ) Judge: Hon. William B. Shubb |
| Defendant. | ) |

**STIPULATION**

The United States, by and through its undersigned counsel, and the defendant, by and through her counsel of record, hereby stipulate as follows:

1. This matter was previously set for a Judgment and Sentencing Hearing on November 18, 2013.
2. By this Stipulation, the parties now move to continue the Judgment and Sentencing Hearing until February 10, 2014, at 9:30 a.m.

**IT IS SO STIPULATED.**

///

```
 1  DATED: November 13, 2013        /s/ Justin L. Lee
                                   JUSTIN L. LEE
 2                                 Assistant U.S. Attorney

 3  DATED: November 13, 2013        /s/ Dina Santos
                                   DINA SANTOS
 4                                 Attorney for MARA DAWN STILES
                                   (as authorized on November 12, 2013)
 5
```

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: November 13, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE