BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:10-CR-00299-09 WBS |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE CHANGE OF PLEA HEARING AND EXCLUDE TIME |
| v. | DATE: November 18, 2013 |
| ANGELA BOSCHKE | TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a Change of Plea Hearing on November 18, 2013.

2. By this stipulation, the parties now move to continue the Change of Plea Hearing to December 30, 2013, and to exclude time between November 18, 2013, and December 30, 2013, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Counsel for defendant desires additional time review discovery, discuss potential resolution with the defendant, and investigate and research issues related to sentencing mitigation.

   b) Counsel for defendant believes that failure to grant the above-requested

STIPULATION RE: CONTINUING PLEA HEARING AND EXCLUDING TIME

1

continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        c)        The government does not object to the continuance.

        d)        Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        e)        For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 18, 2013, to December 30, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.        Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: November 14, 2013        BENJAMIN B. WAGNER
                                       United States Attorney

                                       /s/ JUSTIN L. LEE
                                       JUSTIN L. LEE
                                       Assistant United States Attorney

Dated: November 14, 2013        /s/ TONI CARBONE
                                       TONI CARBONE
                                       Counsel for Defendant

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: November 15, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE